UNITED STATES of America,
Plaintiff–Appellee,

v.

Oscar CALVILLO–JIMENEZ,
Defendant–Appellant.

No. 06-10387.

United States Court of Appeals,
Ninth Circuit.

fore be turned over to the government for
application to Pryce's restitution obligation.

* Peter D. Keisler is substituted for his predeces-
sor, Alberto R. Gonzales, as Acting Attorney
General of the United States, pursuant to Fed.
R.App. P. 43(c)(2).

** The panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

Submitted Sept. 24, 2007.*

Filed Oct. 2, 2007.

Rachel Cristina Hernandez, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Daniel L. Kaplan, Esq., FPDAZ–Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

Before: CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Oscar Calvillo–Jimenez appeals from the 92–month sentence imposed following his jury-trial conviction for illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a), and enhanced by 8 U.S.C. § 1326(b)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Calvillo–Jimenez contends that the district court misapprehended the law by denying a two-level downward adjustment for acceptance of responsibility. We conclude that there is no support in the record for this contention. Furthermore, we conclude that as a factual matter, the district did not clearly err by denying the downward adjustment. See United States v. Martinez–Martinez, 369 F.3d 1076, 1090 (9th Cir.2004).

Appellant also contends that his sentence was unreasonable because it was greater than necessary under 18 U.S.C. § 3553(a) and because the district court did not discuss appellant's need for drug treatment. We conclude that appellant's sentence was not unreasonable. See United States v. Plouffe, 445 F.3d 1126, 1131–32 (9th Cir.), cert. denied, —— U.S. ——, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006); see also United States v. Mix, 457 F.3d 906, 912 (9th Cir.2006).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

